AP-77,043
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/18/2015 11:29:18 AM
Accepted 12/18/2015 11:38:21 AM
ABEL ACOSTA
CLERK

**Weil, Gotshal & Manges LLP**

700 Louisiana
Suite 1700
Houston, TX 77002
+1 713 546 5000 tel
+1 713 224 9511 fax

**Alfredo R Pérez**
+1 (713) 546-5040
alfredo.perez@weil.com

December 18, 2015

Abel Acosta
Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

Re: *The State of Texas v. Larry Ray Swearingen,* No. AP-77,043

Dear Mr. Acosta:

We write to inform you that we represent Jennifer L. Smith, M.S. On behalf of Ms. Smith, we submit this letter in support of and to join the *amicus curiae* brief filed with this Court in the above-captioned action on December 16, 2015.

Jennifer L. Smith, M.S., is a Senior Forensic Analyst at the UNT Health Science Center's Center for Human Identification. She is qualified or has testified as an expert in Serology and/or DNA analysis in Texas, California, Georgia, Illinois, Maryland, Massachusetts, New York, North Carolina, Ohio, Tennessee, and Virginia. Prior to joining UNT's Health Science Center, she worked for seven years at Cellmark Forensics (formerly Orchid Cellmark Inc.) in Dallas, Texas, ending with the position of Senior Forensic DNA Analyst. Her primary focus at Cellmark Forensics was the examination and analysis of post-conviction and cold cases, and her work included accessioning and conducting serological examinations on forensic evidence for subsequent DNA analysis, conducting PCR analysis of forensic casework, interpreting data, generating reports, providing expert testimony, and training new personnel in accessioning, evidence handling, and serological techniques. Between 1998 and 2008, Ms. Smith worked at the Virginia Division of Forensic Science. Ms. Smith has a B.S. in Biology from Cameron University and an M.S. in Criminal Justice with a Specialization in Forensic Science from Virginia Commonweath University.

Respectfully submitted,

/s/ Alfredo R Pérez

Alfredo R Pérez

cc: all counsel